E-filing

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

DAVID LITMON, JR.

        Plaintiff,

vs.

NORM KRAMER, DIRECTOR

        Defendant.

CASE NO. _____

APPLICATION TO PROCEED IN FORMA PAUPERIS
(Non-prisoner cases only)

RMW (PR)

I, DAVID LITMON, JR., declare, under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

In support of this application, I provide the following information:

1. Are you presently employed?    Yes ____ No _x_

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: _____ Net: _____

Employer: _____

_____

If the answer is "no," state the date of last employment and the amount of the gross and net salary

- 1 -

1 | and wages per month which you received.
2 | 1982 I have been incarcerated since that time.
3 | _____
4 | _____

5  2. Have you received, within the past twelve (12) months, any money from any of the
6  following sources:

7      a. Business, Profession or      Yes ____ No __x__
8           self employment?
9      b. Income from stocks, bonds,      Yes ____ No __x__
10          or royalties?
11     c. Rent payments?      Yes ____ No __x__
12     d. Pensions, annuities, or      Yes ____ No __x__
13          life insurance payments?
14     e. Federal or State welfare payments,      Yes ____ No __x__
15          Social Security or other govern-
16          ment source?

17 If the answer is "yes" to any of the above, describe each source of money and state the amount
18 received from each.
19 _____
20 _____

21 3. Are you married?      Yes ____ No __x__
22 Spouse's Full Name: _____
23 Spouse's Place of Employment: _____
24 Spouse's Monthly Salary, Wages or Income:
25 Gross $_____ Net $_____
26 4.     a. List amount you contribute to your spouse's support:$ _____
27     b. List the persons other than your spouse who are dependent upon you for support
28          and indicate how much you contribute toward their support. (NOTE: For minor

1         children, list only their initials and ages. DO NOT INCLUDE THEIR NAMES.)

2 NONE

3

4   5.     Do you own or are you buying a home?     Yes ___ No _x_

5 Estimated Market Value: $_____ Amount of Mortgage: $_____

6   6.     Do you own an automobile?     Yes ___ No _x_

7 Make _____ Year _____ Model _____

8 Is it financed? Yes ___ No ___ If so, Total due: $ _____

9 Monthly Payment: $ _____

10   7.     Do you have a bank account? Yes ___ No _x_ (Do not include account numbers.)

11 Name(s) and address(es) of bank: _____

12

13 Present balance(s): $ _____

14 Do you own any cash? Yes _x_ No ___ Amount: $ _see attached_

15 Do you have any other assets? (If "yes," provide a description of each asset and its estimated

16 market value.)     Yes ___ No _x_

17

18   8.     What are your monthly expenses?

19 Rent: $ _____ Utilities: _$75.00_

20 Food: $ _$50.00_ Clothing: _____

21 Charge Accounts:

22 Name of Account     Monthly Payment     Total Owed on This Account

23 NONE     $ _____     $ _____

24 _____     $ _____     $ _____

25 _____     $ _____     $ _____

26   9.     Do you have any other debts? (List current obligations, indicating amounts and to whom

27 they are payable. Do not include account numbers.)

28 STUDENT LOAN $5000.00

10. Does the complaint which you are seeking to file raise claims that have been presented in other lawsuits? Yes ___ No _X_

Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in which they were filed.

Unavailable at this time, but will supply later.

I declare under the penalty of perjury that the foregoing is true and correct and understand that a false statement herein may result in the dismissal of my claims.

May 14, 2008

DATE                                        SIGNATURE OF APPLICANT

- 4 -

> **CONFIDENTIAL PATIENT INFORMATION - CALIFORNIA WELFARE AND INSTITUTIONS CODE SECTIONS 5328 & 4514. INFORMATION SUBJECT TO RELEASE IN ACCORDANCE WITH THE FEDERAL PRIVACY ACT OF 1974 (PUBLIC LAW 93-579).**

3/21/2008
8:43:58AM

COALINGA STATE HOSPITAL
TRUST ACCOUNT / CASHIERS' SYSTEM II
Patient Ledger Report

Page 1 of 1

0005553  Litmon, David
Unit: 112

| | TransDate | Doc No. | Description/Comment | Withdrawl | Deposit | Balance |
|---|---|---|---|---|---|---|
| 1 | 03/21/2008 | 16-20594 | CSH Accounting BOC# CSH 07-014 ck 151-011105 | | $13.84 | $63.99 |

Patient's Copy! Please give to him. Thank You.

Trust Office

TOTAL WITHDRAWLS / DEPOSITS:  $0.00  $13.84