*E-FILED - 3/18/09*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

DAVID LITMON,

Petitioner,

vs.

NORM KRAMER,

Respondent.

No. C 08-2569 RMW (PR)

JUDGMENT

The court has dismissed the instant habeas action as moot. A judgment of dismissal is entered. The clerk shall close the file.

IT IS SO ORDERED.

DATED: 3/16/09

RONALD M. WHYTE
United States District Judge

Judgment
P:\PRO-SE\SJ.Rmw\HC.08\Litmon569jud.wpd 1